FORM NLRB-501
(2-08)

FORM EXEMPT UNDER 44 U.S.C 3512

**UNITED STATES OF AMERICA**
**NATIONAL LABOR RELATIONS BOARD**
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 25-CA-031527 | 7/7/10 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. |
|---|---|---|
| Coca-Cola Enterprises | | (317)240-6641 |
| | | c. Cell No. ( ) - |
| | | f. Fax No. ( ) - |
| d. Address (Street, city, state, and ZIP code) | e. Employer Representative | g. e-Mail |
| 5000 West 25th Street | Shawn Burnett | |
| Indianapolis   IN   46224- | | h. Number of workers employed 75 |
| i. Type of Establishment (factory, mine, wholesaler, etc.) Sales distribution center | j. Identify principal product or service soft drinks | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) (3) _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

The above-named Employer has harassed and disciplined its employee James Small because of his Union and other protected activity.

**EXHIBIT 1**

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
James L. Small

| 4c. Address (Street and number, city, state, and ZIP code) | 4a. Tel. No. (317)727-2076 |
|---|---|
| 4136 Byram Avenue | 4b. Cell No. ( ) - |
| Indianapolis   IN   46208- | 4d. Fax No. ( ) - |
| | 4e. e-Mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By /s/ James L. Small Jr., 62750   an individual
(signature of representative or person making charge)   (Print/type name and title or office, if any)

James L. Small
Address: 4136 Byram Avenue
Indianapolis   IN   46208-   07/02/2010 (date)

| Tel. No. (317)727-2076 |
| Office, if any, Cell No. ( ) - |
| Fax No. ( ) - |
| e-Mail |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT   25-2010-1016

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.