UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES L. SMALL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:10-cv-988-SEB-DML |
| ) | |
| JIMMY MYERS, et al., ) | |
| ) | |
| Defendants. ) | |

## E N T R Y

    The plaintiff's motion for summary judgment [77] is **denied** because it is not accompanied by the "Statement of Material Facts Not in Dispute" required by Local Rule 56.1(a), *Grimes v. Union Planters Bank, N.A.,* 2004 WL 2378841, *5 (S.D.Ind. 2004), because the documents supporting such motion are laced with legal conclusions which may not be relied on for the purpose submitted, *Lujan v. National Wildlife Federation,* 497 U.S. 871, 888 (1990), and because it does not establish the plaintiff's entitlement to judgment as a matter of law. *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986)("[A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact.").

    **IT IS SO ORDERED.**

Date: 06/07/2011

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sarah C. Maxwell
MILLER & MARTIN PLLC
smaxwell@millermartin.com

Camille Webb Steward
MILLER & MARTIN PLLC
csteward@millermartin.com

Thomas A Swafford
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

David L. Swider
BOSE MCKINNEY & EVANS, LLP
dswider@boselaw.com

James L. Small, Jr.
4136 Byram Avenue
Indianapolis, IN 46208